# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 327 MAL 2014
:
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
RAHSHAWN ERNEST HALL, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.